*L. Ritter* and *M. A. Osborn,* for appellee.

———————

## WELSHAM *v.* THE INDIANAPOLIS AND ST. LOUIS R. R. CO.

APPEAL from the Hendricks Circuit Court.

BUSKIRK, J.—This case is, in all respects, similar to, and involves precisely the same questions discussed and decided in, *Straughan* v. *The Indianapolis and St. Louis Railroad*

*Company, ante,* p. 185.    Upon the authority of that case, this is affirmed, with five per cent. damages and costs.

*W. A. McKenzie,* for appellant.

*L. Ritter* and *M. A. Osborn,* for appellee.